IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 08-00266-001 |
| | : | |
| EDUARDO CORTEZ | : | |

### ORDER

AND NOW, this 26th day of February, 2009, upon consideration of the defendant's unopposed letter request for permission to travel, it is hereby **ORDERED** that the defendant, Eduardo Cortez, is permitted to travel to Puerto Rico to visit with his father from March 5, 2009 through March 12, 2009.

BY THE COURT:

_Noel L. Hillman_
NOEL L. HILLMAN, J.

It is further ordered that defendant provide Pre-Trial Services with a copy of his final confirmed travel itinerary prior to the approved travel.

Noel L. Hillman, USDJ
At Camden, New Jersey  Feb. 26, 2009